UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL NELSON,<br><br>        Plaintiff,<br><br>        v.<br><br>CANON U.S.A., INC.,<br><br>        Defendant. | Case No. C07-503Z<br><br>TAXATION OF COSTS |

    Costs in the above-entitled cause are hereby taxed against PLAINTIFF MICHAEL NELSON and on behalf of DEFENDANT CANON U.S.A., INC. in the unopposed amount of $2,610.13.

    Entered this   22nd   day of JULY , 2008 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1